UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**05 - 11163 RWZ**

| | |
|---|---|
| JOHN DOE, ppa Mother Doe and<br>MOTHER DOE, individually,<br>           Plaintiffs,<br><br>v.<br><br>DUBECK KIM, CHATA DICKSON,<br>RICHARD MARTIN, SUSAN LANGER,<br>NEW ENGLAND CENTER FOR CHILDREN,<br>NASHOBA REGIONAL SCHOOL DISTRICT<br>and TOWN OF BOLTON,<br>           Defendants. | C.A. No. _____<br><br>FEE PAID:<br>RECEIPT # 64744<br>AMOUNT $ _____<br>BY DPTY CLK _____ |

**RULE 10(a) MOTION FOR LEAVE TO FILE COMPLAINT
UNDER "JOHN DOE, PPA MOTHER DOE AND
MOTHER DOE, INDIVIDUALLY"**

**NOW COMES**, Jane Doe, ppa Mother Doe and Mother Doe, individually, ("Plaintiffs") and hereby move this Honorable Court for leave to file the attached complaint under the pseudonyms "Jane Doe, ppa Mother Doe and Mother Doe, Individually."

**AS GROUNDS THEREFORE**, Plaintiffs states that:

1.    This action arises out of a special education teacher's sexual assault, sexual harassment, physical assaults, and physical and emotional abuse and emotional and/or psychological manipulation of John Doe throughout the school year 2002-2003 and into the summer months of 2003. Further to the claims against the special education teacher, the plaintiffs' action seeks to hold the teacher's supervisors and employers responsible as they knew or should have been aware of the defendant teacher's abusive

behavior towards minors and failed and neglected to take reasonable steps to protect John Doe from abuse and injury.

2.   The defendants are well aware of the Plaintiffs' identities. The Plaintiffs filed a complaint with defendant New England Center for Children on April 4, 2003 regarding Defendant Dubeck Kim's inappropriate conduct towards John Doe and in that complaint divulged John Doe's identity. In addition, Plaintiffs served a Chapter 258 Notice on defendants Nashoba Regional School District and the Town of Bolton on or about September 3, 2003 regarding among other things, Defendant Dubeck Kim's inappropriate conduct towards John Doe and defendants Nashoba Regional School District and the Town of Bolton's violations of state and federal law and in that notice divulged John Doe's identity.

3.   Defendant Dubeck caused the minor plaintiff, now eleven years old, to suffer severe emotional trauma for which Minor Plaintiff continues to receive therapy. Filing under "John Doe, ppa Mother Doe and Mother Doe, Individually" will protect minor plaintiff from the public and any further emotional trauma.

4.   Although the mother of minor plaintiff does not need protection, providing the name of minor plaintiff's mother would reveal minor plaintiff's identity.

5.   The attached complaint, although filed under "John Doe, ppa Mother Doe and Mother Doe, Individually" provides enough factual information and dates as to put the defendants on notice of the claims against them.

6.   Despite the attached complaint being filed under "John Doe," the complaint provides enough specific details of events that defendants can frame a responsive pleading to the same pursuant to Fed. R. Civ. P. 12(e).

7.  Allowance of this motion is in the interests of justice and fair play.

**WHEREFORE**, Plaintiffs request that this Honorable Court grant leave for Plaintiffs to file their complaint under the pseudonyms "John Doe, ppa Mother Doe and Mother Doe, Individually."

    Respectfully submitted,
    Plaintiffs, JOHN DOE, ppa Mother Doe,
    MOTHER DOE, individually,
    By their attorneys,

    Harold Jacobi, III (BBO #248980)
    Nancy Sue Keller (BBO #644515)
    Jacobi & Associates
    Four Militia Drive, Suite 14
    Lexington, MA 02421
    Tel. 781-274-0405

Dated: May 23, 2005