# UNITED STATES DISTRICT COURT

EASTERN _____ District of _____MASSACHUSETTS_____

JOHN DOE, ppa Mother Doe and
MOTHER DOE, Individualy
           V.

Richard Martin, et als.

**SUMMONS IN A CIVIL CASE**

**05 -11163 RWZ**
CASE NUMBER:

TO: (Name and address of Defendant)

Richard Martin
One Envelope Terrace, Unit 202
Worcester, MA   01604

Richard Martin
c/o New England Center for
   Children
33 Turnpike Road
Southborough, MA   01772

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Harold Jacobi, III
Jacobi & Associates, P.A.
4 Militia Drive., #14
Lexington, MA .02421

an answer to the complaint which is herewith served upon you, within \_\_\_\_twenty (20)\_\_ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

SARAH A. THORNTON

JUN - 6 2005

CLERK

(By) DEPUTY CLERK

DATE



## Worcester County Sheriff's Office • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100
**Worcester, ss**

08/03/2005

I hereby certify and return that on 08/02/2005 at 03:02pm I served a true and attested copy of the Summons and Complaint, Civil Cover Sheet, Demand for Jury Trial, Motion for Leave in this action in the following manner: To wit, by delivering in hand to RHONDA REEVES, RECEPTIONIST, agent, person in charge at the time of service for RICHARD MARTIN at 33 TURNPIKE RD, SOUTHBOROUGH, MA. Fees: Service 30.00, Travel 15.04, Conveyance 4.50, Attest 5.00 & Postage and Handling 1.00, Total fees: $55.54

Deputy Sheriff Lynn A Trudel

*Lynn A Trudel*
**Deputy Sheriff**

☐ Other (specify): _____

---

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
Date                                         *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.