# UNITED STATES DISTRICT COURT

EASTERN  District of  MASSACHUSETTS

John Doe, ppa Mother Doe and
Mother Doe, Individually

V.

New England Center for Children

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05-11163 RWZ**

TO: (Name and address of Defendant)
New England Center for Children
33 Turnpike Road
Southborough, MA  01772

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Harold Jacobi, III, Esquire
Jacobi & Associates, P.A.
4 Militia Dr., #14
Lexington, MA  02421

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK _(signature)_

DATE  JUN - 6 2005

(By) DEPUTY CLERK

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

08/03/2005

I hereby certify and return that on 08/02/2005 at 03:02pm I served a true and attested copy of the Summons and Complaint, Civil Cover Sheet, Demand for Jury Trial, Motion for Leave in this action in the following manner: To wit, by delivering in hand to RHONDA REEVES, RECEPTIONIST, agent, person in charge at the time of service for NEW ENGLAND CENTER FOR CHILDREN at 33 TURNPIKE RD, SOUTHBOROUGH, MA. Fees: Service 30.00, Travel 15.04, Conveyance 0.00, Attest 5.00 & Postage and Handling 1.00, Total fees: $51.04

Deputy Sheriff Lynn A Trudel

_____
Deputy Sheriff

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.