# UNITED STATES DISTRICT COURT

EASTERN District of MASSACHUSETTS

John Doe, ppa Mother Doe and
Mother Doe, Individually

V.

Susan Langer, et als.

**SUMMONS IN A CIVIL CASE**

## 05 - 11163 RWZ

CASE NUMBER:

TO: (Name and address of Defendant)
Susan Langer
c/o New England Center for Children
33 Turnpike Road
Southborough, MA 01772

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Harold Jacobi, III, Esquire
Jacobi & Associates, P.A.
4 Militia Dr., #14
Lexington, MA 02421

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON        JUN - 6 2005

CLERK                    DATE

(By) DEPUTY CLERK

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss                                    08/03/2005

I hereby certify and return that on 08/02/2005 at 03:02pm I served a true
and attested copy of the Summons and Complaint, Civil Cover Sheet, Demand
for Jury Trial, Motion for Leave in this action in the following manner:
To wit, by delivering in hand to RHONDA REEVES, RECEPTIONIST, agent, person
in charge at the time of service for SUSAN LANGER at 33 TURNPIKE RD,
SOUTHBOROUGH, MA. Fees: Service 30.00, Travel 15.04, Conveyance 0.00,
Attest 5.00 & Postage and Handling 1.00, Total fees: $51.04

Deputy Sheriff Lynn A Trudel

*Lynn A Trudel*
**Deputy Sheriff**

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                    Signature of Server

                                         _____
                                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.