# UNITED STATES DISTRICT COURT

EASTERN    District of    MASSACHUSETTS

John Doe, ppa Mother Doe and
Mother Doe, Individually

              V.

Nashoba Regional School District, et als.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 - 11163 RWZ

TO: (Name and address of Defendant)

    Nashoba Regional School District
    50 Mechanic Street
    Bolton, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Harold Jacobi, III, Esquire
    Jacobi & Associates, P.A.
    4 Militia Dr., #14
    Lexington, MA  02421

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE: JUN - 6 2005

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

NAM

C

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

08/04/2005

I hereby certify and return that on 08/02/2005 at 02:10pm I served a true and attested copy of the Summons and complaint and demand for jury trial, civil action cover sheet, Rule 10(a, Motion for leave of file under ppa Mother Doe Individually in this action in the following manner: To wit, by delivering in hand to, JOHN ANTONUCCI, agent, person in charge at the time of service for NASHOBA REGIONAL SCHOOL DISTRICT at 50 MECHANIC ST, BOLTON, MA. Fees: Service 30.00, Travel 16.32, Conveyance 4.50, Attest 5.00 & Postage and Handling 1.00, Total fees: $56.82

Deputy Sheriff David I Dickhaut

_Deputy Sheriff_

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                   Date                      Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.