UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11163RWZ

| | |
|---|---|
| JOHN DOE, PPA MOTHER DOE and MOTHER DOE, INDIVIDUALLY, <br><br> Plaintiffs, <br><br> v. <br><br> NASHOBA REGIONAL SCHOOL DISTRICT, et al <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

ASSENTED TO MOTION FOR ENLARGEMENT OF TIME
TO FILE RESPONSIVE PLEADING

Now comes the Defendant Nashoba Regional School District and asks this Honorable Court to grant an enlargement of time to file a responsive pleading in the above-captioned matter to and until September 12, 2005 in accordance with Fed.R.Civ.P 6(b). In support of its Motion the Defendant states:

1. Counsel for the Defendant is currently out of town on vacation and will not return to the office until next week.

2. The Plaintiff has assented to the enlargement of time. The enlargement of time will not prejudice any party.

Respectfully submitted,

The Nashoba Regional School District et al,

By their attorneys:

*[signature]*

Regina Tate, BBO #492780
Jennifer N. Geosits, BBO # 651709
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, Suite 410

P.O. Box 9126
Quincy, MA 02269-9126
(617) 479-5000

Assented to by
Plaintiffs, John Doe, ppa Mother Doe and
Mother Doe, individually

By their Attorney,

_____
Nancy Sue Keller, BBO # 644515
Jacobi & Associates
4 Militia Drive
Lexington, MA 02421