UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-1163RWZ

JOHN DOE, PPA MOTHER DOE and )
MOTHER DOE, INDIVIDUALLY, )
)
Plaintiffs, )
)
v. )
)
NASHOBA REGIONAL SCHOOL )
DISTRICT, et al )
)
Defendants. )

## DEFENDANT NASHOBA REGIONAL SCHOOL DISTRICT'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), the Defendant Nashoba Regional School District respectfully moves this Court to dismiss with prejudice the Plaintiffs' John Doe and Mother Doe's Complaint.

In support of its motion, Defendant Nashoba Regional School District (hereinafter the District) respectfully states that the Plaintiffs' entire complaint must be dismissed because none of the counts state claims on which relief can be granted. Each of the plaintiff's claims allegedly arose out of actions that took place *at the New England Center for* Children in Southboro, Massachusetts *by employees of the Center*. As a result, the Plaintiffs' claims are simply insufficient as a matter of law to support claims against the District. First, Plaintiff's negligence claims (Counts XII and XV) are barred under section 10J of the Massachusetts Torts Claims Act. Second, Count XIV (Violation of 42 U.S.C. § 1983) must be dismissed because it is preempted by Title IX, there is no

supervisory liability under § 1983, nor does the District's conduct rise to the egregious or conscience-shocking level that might permit liability under § 1983. Third, Count XVI (Violation of Title IX must be dismissed because a Title IX action against the District cannot be premised on the actions of Defendants employed by the Center, as the School does not have sufficient control over these individuals. Fourth, Count XVII (Failure to Report Child Abuse (M.G.L. ch. 119, § 51A)) must be dismissed because there is no private right of action under the statute. Finally, Count XIII (Violation of M.G.L. ch. 76, § 5) must be dismissed because the Complaint alleges discrimination on the basis of attendance at a private institution, not a public school.

In further support of its motion, Defendant Nashoba Regional School District respectfully refers the Court's attention to the accompanying memorandum of law.

Respectfully submitted,
NASHOBA REGIONAL SCHOOL
DISTRICT
By Its Attorneys,

_____
Regina Williams Tate, BBO # 492780
Jennifer N. Geosits, BBO # 651709
Murphy, Hesse, Toomey and Lehane
300 Crown Colony Drive, P.O. Box 9126
Quincy, MA 02269-9126
Dated: September 12, 2005          Telephone: (617) 479-5000

### CERTIFICATE OF SERVICE

I, Regina Williams Tate, do hereby certify that I have forwarded a copy of the foregoing Motion to Dismiss by first class mail, postage prepaid, to attorney for the Plaintiffs, Nancy Sue Keller, Jacobi & Associates, P.A., 4 Militia Dr., # 14, Lexington, MA 02421.

9/12/05                             _____
Dated                               Regina Williams Tate