## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-1163RWZ

|  |  |
|---|---|
| JOHN DOE, PPA MOTHER DOE and MOTHER DOE, INDIVIDUALLY, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| NASHOBA REGIONAL SCHOOL DISTRICT, et al | ) ) ) |
| Defendants. | ) ) |

### DEFENDANT TOWN OF BOLTON'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), the Defendant Town of Bolton respectfull

moves this Court to dismiss with prejudice Plaintiffs' John Doe and Mother Doe

Complaint against the Town of Bolton.

In support of its motion, Defendant Town of Bolton respectfully states that tl

Plaintiffs' entire complaint must be dismissed against the Town of Bolton because t'

Town of Bolton is not responsible for Minor Plaintiff's education.  Since the Town

Bolton is part of Nashoba Regional School District, and a regional school district is

body politic and corporate with all the powers and duties conferred by law upon sch

committees, and with the following additional powers and duties. . . (b) to sue and

sued, but only to the same extent and upon the same conditions that a town may sue or

sued", the Town of Bolton is not an appropriate party to the instant action.

In further support of its motion, Defendant Town of Bolton respectfully refers    ;

Court's attention to the accompanying memorandum of law.

Respectfully submitted,
TOWN OF BOLTON
By Its Attorneys,

_____
Regina Williams Tate, BBO # 492780
Jennifer N. Geosits, BBO # 651709
Murphy, Hesse, Toomey and Lehane
300 Crown Colony Drive, P.O. Box 9126
Quincy, MA 02269-9126

Dated: September 12, 2005                Telephone: (617) 479-5000


## CERTIFICATE OF SERVICE

I, Regina Williams Tate, do hereby certify that I have forwarded a copy of the foregoing Motion to Dismiss by first class mail, postage prepaid, to attorney for the Plaintiffs, Nancy Sue Keller, Jacobi & Associates, P.A., 4 Militia Dr., # 14, Lexington, MA 02421.

_____                _____
Dated                                            Regina Williams Tate