**MURPHY, HESSE, TOOMEY & LEHANE, LLP**
**Attorneys At Law**

CROWN COLONY PLAZA
300 CROWN COLONY DRIVE, SUITE 410
P.O. BOX 9126
QUINCY, MA 02269-9126
TEL: (617) 479-5000   FAX: (617) 479-6469

WORLD TRADE CENTER EAST
TWO SEAPORT LANE
BOSTON, MA 02210
TEL: (617) 479-5000   FAX: (617) 338-1324

ONE MONARCH PLACE, SUITE 1310R
SPRINGFIELD, MA 01144
TEL: (800) 227-6485   FAX: (617) 479-6469

FILED
CLERKS OFFICE
2005 OCT 21 P 3:22
U.S. DISTRICT COURT
DISTRICT OF MASS

Arthur R. Murphy
James S. Toomey
Katherine A. Hesse
Michael C. Lehane
John B. Flynn
Regina Williams Tate
Edward F. Lenox, Jr.
Mary Ellen Sowyrda
Paula M. DeLuca
Ann M. O'Neill
Michael F.X. Dolan, Jr.
Donald L. Graham
Andrew J. Waugh
Robert M. Delahunt, Jr.
Geoffrey P. Wermuth
William P. Breen, Jr.
Doris R. MacKenzie Ehrens

Mary L. Gallant
Lorna M. Hebert
Joseph T. Bartulis, Jr.
Clifford R. Rhodes, Jr.
Kathryn M. Murphy
Stacey G. Bloom
Michael R. Bertoncini
Thomas W. Colomb
Monica Swanson Tesler
David A. Appugliese
Rebecca L. Andrews
Jennifer N. Geosits
Melissa Gamble
Brian P. Pezza
Jason M. Gesing
Bryan R. LeBlanc
Christina Gentile
Quinn H. Vandenberg
Kathryn M. Martin

Scott Harshbarger

*Please Respond to Quincy*

October 20, 2005

Mr. Jay Johnson
Docket Clerk
United States District Court for
  the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re:   John Doe, et al v. Nashoba Regional School District, et al
      Civil Action No. 05-11163RWZ

Dear Mr. Johnson:

Enclosed please find Defendant Nashoba Regional School District's Certificate of Compliance with Local Rule 7.1 relative to the above-entitled matter. Upon review of Plaintiffs' Opposition to Defendant Nashoba Regional District's Motion to Dismiss, I realized that I failed to attach a certification pursuant to Local Rule 7.1. I have conferred with counsel for the Plaintiffs, Ms. Nancy Sue Keller, who has informed me that she would not have assented to the motion to dismiss. Thus, because my failure to attach the Rule 7.1 certification was not prejudicial, please accept the enclosed certification for filing.

Thank you for your attention to this matter.

Very truly yours,

Jennifer N. Geosits

Enclosure
cc:   Nancy Sue Keller, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-1163RWZ

JOHN DOE, PPA MOTHER DOE and )
MOTHER DOE, INDIVIDUALLY, )
)
Plaintiffs, )
)
v. )
)
NASHOBA REGIONAL SCHOOL )
DISTRICT, et al )
)
Defendants. )

### DEFENDANT NASHOBA REGIONAL SCHOOL DISTRICT'S CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

The undersigned attorney certifies that she conferred in good faith with Nancy Sue Keller, counsel for the Plaintiffs, to narrow the issues raised by this motion.

Jennifer N. Geosits, BBO # 651709
Murphy, Hesse, Toomey and Lehane
300 Crown Colony Drive, P.O. Box 9126
Quincy, MA 02269-9126
Telephone: (617) 479-5000