UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-11163 RWZ

JOHN DOE, ppa Mother Doe and )
MOTHER DOE, Individually, )
    Plaintiffs )
)
v. )
)
DUBECK KIM, CHATA DICKSON, )
RICHARD MARTIN, SUSAN LANGER, )
NEW ENGLAND CENTER FOR )
CHILDREN, NASHOBA REGIONAL )
SCHOOL DISTRICT and TOWN OF )
BOLTON, )
    Defendants )

### JOINT STATEMENT CONTAINING PROPOSED PRE-TRIAL SCHEDULE PURSUANT TO LOCAL RULE 16.1

Pursuant to Rule 16.1 of the Local Rules of the United States District Court of the District of Massachusetts, the parties in the above-captioned matter hereby submit the within Joint Statement.

### PHASE I

### PROPOSED DISCOVERY PLAN (INFORMATION NEEDED FOR A REALISTIC ASSESSMENT OF THE CASE)

1. Exchange of documents (sworn statements) pursuant to Local Rule 26.1 (B): December 9, 2005

2. Written discovery, including Interrogatories, Request for Production of Documents served: February 10, 2006

3. Depositions of the individuals names as parties and fact witness: July 7, 2006

## PHASE II

### DISCOVERY (INFORMATION NEEDED TO PREPARE FOR TRIAL)

4. Filing of motions under Rules 12, 15, 19 and 20:

   August 11, 2006

5. Plaintiffs' disclosure of information regarding experts:

   August 11, 2006

6. Defendants' disclosure of information regarding experts:

   September 8, 2006

7. Depositions of expert witnesses:        November 10, 2006

8. Completion of discovery:                November 10, 2006

9. Case Management Conference:             November 10, 2006

10. Deadline for filing all pre-trial motions: no later than 14 days prior to the date set for final Pre-Trial Conference.

11. Final Pre-Trial Conference:            February 9, 2007

### CERTIFICATIONS PURSUANT TO LOCAL RULE 16.1 (D)(3)

Certifications regarding each party's consultation with counsel concerning budgets and alternative dispute resolution will be filed separately.

For the Plaintiffs,
John Doe, ppa Mother Doe and
Mother Doe, Individually,
By their attorney,

**JACOBI & ASSOCIATES, P.A.**

_____
Harold Jacobi III, Esq.
4 Militia Drive, #14
Lexington, MA 02421

2

For the Defendants,
Dubeck Kim, Chata Dickson, Richard Martin,
Susan Langer, and New England Center for Children,
By their attorneys,

**CLARK, HUNT & EMBRY,**

_____
Henry W. Clark (554464)
William J. Hunt (244720)
Joshua D. Krell (561619)
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920


For the Defendants,
Nashoba Regional School District and
Town of Bolton,

**MURPHY, HESSE, TOOMEY AND LEHANE**

_____
Regina Williams Tate (492780)
Jennifer N. Geosits (651709)
300 Crown Colony Drive
P.O. Box 9126
Quincy, MA 02269
(617) 479-5000


CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 10/26/05.

_____

3