UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-11163-RWZ

JOHN DOE, ppa Mother Doe and )
MOTHER DOE, Individually, )
    Plaintiffs )
)
v. )
)
DUBECK KIM, CHATA DICKSON, )
RICHARD MARTIN, SUSAN LANGER, )
NEW ENGLAND CENTER FOR )
CHILDREN, NASHOBA REGIONAL )
SCHOOL DISTRICT and TOWN OF )
BOLTON, )
    Defendants )

### SWORN STATEMENT PURSUANT TO LOCAL RULE 26.1(B)(2)

The defendants, Dubeck Kim, Chata Dickson, Richard Martin, Susan Langer and New England Center for Children, hereby submit the following sworn statement in accordance with Local Rule 26.1(B)(2) as follows:

A.    <u>Local Rule 26.1(B)(2)(a)</u>

The following individuals are known to the defendants or their attorneys at this time as persons who witnessed the occurrences giving rise to the plaintiffs' claims or otherwise known to have substantial discoverable information about the claims or defenses regarding the issues involving the plaintiffs' allegations:

1.    The individuals set forth in the Automatic Disclosure Pursuant to F. R. Civ. R. Rule 26(a)(1).

B.  Local Rule 26.1(B)(2)(b)

No statements have been obtained by or on behalf of the defendants from the opposing parties or any officer, director, or employee of the opposing parties regarding the subject matter of the claims or defenses.

C.  Local Rule 26.1(B)(2)(c)

All government agencies of officials known to the defendants or their attorneys to have investigated the occurrences giving rise to the claims and defenses are set forth pursuant to F. R. Civ. P. Rule 26(a)(1)(A) above.

THIS STATEMENT IS MADE UNDER THE PAINS AND PENALTIES OF PERJURY THIS _____ DAY OF DECEMBER, 2005 ON BEHALF OF DEFENDANTS, DUBECK KIM, CHATA DICKSON, RICHARD MARTIN, SUSAN LANGER AND NEW ENGLAND CENTER FOR CHILDREN.

_____
Joshua D. Krell, Esquire

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on __12/12/05__

_____