UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-11163 RWZ

| | |
|---|---|
| JOHN DOE, ppa Mother Doe and MOTHER DOE, Individually,<br>    Plaintiffs<br><br>v.<br><br>DUBECK KIM, CHATA DICKSON, RICHARD MARTIN, SUSAN LANGER, NEW ENGLAND CENTER FOR CHILDREN, NASHOBA REGIONAL SCHOOL DISTRICT and TOWN OF BOLTON,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION PURSUANT TO LOCAL RULE 16(D)(3)**

Pursuant to Local Rule 16.1(D)(3), New England Center for Children and its counsel hereby certify that they have conferred with a view to establishing a budget for the cost of conducting this litigation and have also discussed resolution of the litigation through use of alternative dispute resolution programs.

On Behalf of New England Center for Children:

12/20/05    _____
Date         Vincent Strully, Executive Director

12/20/05    _____
Date         Richard Martin, Director of Outreach

12/20/05    _____
Date         Susan Langer, Director of the Day School

**CLARK, HUNT & EMBRY**

_____
William J. Hunt (244720)
Henry W. Clark (554464)
Joshua D. Krell (561619)
55 Cambridge Parkway
Cambridge, MA 01242
(617) 494-1920

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 12-28-05.

_____