UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE, ppa Mother Doe and<br>MOTHER DOE, individually,<br>            Plaintiffs,<br><br>v.<br><br>DUBECK KIM, CHATA DICKSON,<br>RICHARD MARTIN, SUSAN LANGER,<br>NEW ENGLAND CENTER FOR CHILDREN,<br>NASHOBA REGIONAL SCHOOL DISTRICT<br>and TOWN OF BOLTON,<br>            Defendants. | CIVIL ACTION NO.<br>05-11163-RWZ |

## PLAINTIFFS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), plaintiffs John Doe, ppa Mother Doe and Mother Doe, individually and their counsel certify that they have conferred:

(a) with a view toward establishing a budget for the cost of conducting the full course -- and various alternative courses -- of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

_____
Harold Jacobi, III (BBO #248980)
Nancy B. Keller (BBO #644515)
JACOBI & ASSOCIATES
Four Militia Drive, Suite 14
Lexington, MA  02421
Tel: 781-274-0405

_____
John Doe, ppa Mother Doe

_____
Mother Doe

Dated: January 19, 2006