UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN DOE, ppa Mother Doe and<br>MOTHER DOE, individually,<br>　　　　Plaintiffs,<br><br>v.<br><br>DUBECK KIM, CHATA DICKSON,<br>RICHARD MARTIN, SUSAN LANGER,<br>NEW ENGLAND CENTER FOR CHILDREN,<br>NASHOBA REGIONAL SCHOOL DISTRICT<br>and TOWN OF BOLTON,<br>　　　　Defendants. | CIVIL ACTION NO.<br>05-11163-RWZ |

## MOTHER DOE'S LOCAL RULE 26.1(B) SWORN STATEMENT

Pursuant to Local Rule 26.1(B)(1), I, plaintiff Mother Doe, on behalf of John Doe and Mother Doe, hereby deposes and states to the best of my knowledge that:

a.　Mother Doe, individually and as ppa for John Doe state that, in addition to legal fees and expenses, to date they have not paid any additional medical costs but that other damages, to date, are incalculable.

b.　Mother Doe and John Doe have named all such persons known to them who have discoverable information in the *Plaintiffs' Rule 26 Automatic Disclosure Statement* which is served herewith. However, Mother Doe and John Doe state that there may be numerous persons under the age of eighteen who may have relevant information but whose identities are not known, at this time, to Mother Doe.

c.　Mother Doe and John Doe do not have any statements from opposing parties regarding the subject matter of the claims or defenses in this action.

d.　The only government agencies known to Mother Doe and John Doe to

have investigated the transaction or occurrence or who were made aware of it giving rise to the claims or defenses in this action is the Southborough Police Department, the Nashoba Regional School District, the Commonwealth of Massachusetts Bureau of Special Education Appeals and the Department of Social Services.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 19th DAY OF JANUARY, 2006.

_____
Mother Doe, for herself and as
ppa for John Doe