UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-1163RWZ

JOHN DOE, PPA MOTHER DOE and )
MOTHER DOE, INDIVIDUALLY, )
)
Plaintiffs, )
)
vi. )
)
NASHOBA REGIONAL SCHOOL )
DISTRICT, et al )
)
Defendants. )

### DEFENDANT NASHOBA REGIONAL SCHOOL DISTRICT'S MOTION FOR ENTRY OF SEPARATE AND FINAL JUDGMENT PURSUANT TO FED.R.CIV.P. 54(b)

Defendant Nashoba Regional School District (hereinafter "Nashoba") hereby respectfully moves this Honorable Court to enter separate and final judgment in its favor on Counts 12-17 of the Complaint. Fed.R.Civ.P. 54(b). As grounds for this motion, the defendant states that the Court has already ruled that Counts 12-17, the only counts of the Complaint against Nashoba, should be dismissed as to Nashoba, and there is no just reason for further delay. In support of its motion, Defendant states the following:

1. On or about June 6, 2005, Plaintiffs filed a Complaint in the District of Massachusetts naming Nashoba as one of the defendants. As to Nashoba, the Complaint alleged liability for negligence and various civil rights violations. The complaint was not served on Nashoba until on or about August 10, 2005.

2. In lieu of answering Plaintiffs' Complaint, Nashoba responded on or about September 15, 2005 by filing a Motion to Dismiss the Complaint. Plaintiffs filed an Opposition to Nashoba's Motion to Dismiss.

3. On or about June 19, 2006, the court issued a Memorandum of Decision in which the court granted Nashoba's Motion to dismiss.

4. The court's reasons for deciding the Defendant's motion were thoroughly reported and the legal and factual issues framed in a thirteen (13) page Memorandum of Decision.

5. No just cause exists for delaying final judgment on a matter carefully and thoroughly considered, decided, and reported by the Court.

6. The Court's decision is separate and distinct from the other claims still existing in this case, and an appeal from the Court's decision would not prejudice or interfere with the trial of the remaining claims.

7. Defendant Nashoba is entitled to the closure and finality of separate and final judgment.

8. On July 26, 2006, counsel for the Plaintiffs and the remaining Defendants indicated that they neither assented nor objected to this Motion.

WHEREFORE, Defendant Nashoba Regional School District respectfully moves the Court to allow its motion, and to enter separate and final judgment in favor of the Defendant.

Respectfully submitted,
DEFENDANT
NASHOBA REGIONAL SCHOOL DISTRICT

By its attorney,

_____
Regina Williams Tate, BBO # 492780
MURPHY, HESSE, TOOMEY & LEHANE, LLP
300 Crown Colony Drive, Suite 410
Quincy, MA 02169
(617) 479-5000

## CERTIFICATE OF SERVICE

I, Regina Williams Tate, do hereby certify that I have forwarded a copy of the foregoing Motion to Dismiss by first class mail, postage prepaid, to attorney for the Plaintiffs, Nancy Sue Keller, Jacobi & Associates, P.A., 4 Militia Dr., # 14, Lexington, MA 02421, and Joshua D. Krell, Esq., Clark, Hunt & Embry, 55 Cambridge Parkway, Cambridge, MA 02142.

_1/26/06_____                _____
Dated                                   Regina Williams Tate

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-1163RWZ

JOHN DOE, PPA MOTHER DOE and )
MOTHER DOE, INDIVIDUALLY, )
      Plaintiffs, )
v. )
NASHOBA REGIONAL SCHOOL )
DISTRICT, et al )
      Defendants. )

### DEFENDANT NASHOBA REGIONAL SCHOOL DISTRICT'S CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

The undersigned attorney certifies that she conferred in good faith with Nancy Sue Keller, counsel for the Plaintiffs, and Joshua Krell, counsel for the remaining Defendants, to narrow the issues raised by the Motion for Entry of Separate and Final Judgment.

_____
Regina Williams Tate, BBO # 651709
Murphy, Hesse, Toomey and Lehane
300 Crown Colony Drive, P.O. Box 9126
Quincy, MA 02269-9126
Telephone: (617) 479-5000