UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__JOHN DOE__
        **Plaintiff**

    V.

__TOWN OF BOLTON__
        **Defendant**

CIVIL ACTION

NO.  __05CV11163-RWZ__

### JUDGMENT

__ZOBEL, D. J.__

In accordance with the Court's Endorsed Order entered on 8/21/06;

Judgment is entered DISMISSING the Town of Bolton.

By the Court,

__8/22/06__
Date

__s/ Lisa A. Urso__
Deputy Clerk

(Judgment for SJ.wpd - 12/98)