UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| __JOHN DOE__<br>Plaintiff<br><br>V.<br><br>__NASHOBA REGIONAL SCHOOL DISTRICT__<br>Defendant | CIVIL ACTION<br><br>NO. __05CV11163-RWZ__ |

## JUDGMENT

__ZOBEL, D. J.__

In accordance with the Court's Endorsed Order entered on 8/21/06;

Judgment is entered DISMISSING Nashoba Regional School District.

By the Court,

__8/22/06__  __s/ Lisa A. Urso__
Date  Deputy Clerk

(Judgment for SJ.wpd - 12/98)