UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-11163 RWZ

| | |
|---|---|
| JOHN DOE, ppa Mother Doe and<br>MOTHER DOE, Individually,<br>    Plaintiffs<br><br>v.<br><br>DUBECK KIM, CHATA DICKSON,<br>RICHARD MARTIN, SUSAN LANGER,<br>AND NEW ENGLAND CENTER<br>FOR CHILDREN,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**REVISED AUTOMATIC DISCLOSURE PURSUANT TO F. R. Civ. P. 26(a)(1) AND L.R. 26.1 ON BEHALF OF DEFENDANTS, NEW ENGLAND CENTER FOR CHILDREN, DUBEK KIM (MISSPELLED IN COMPLAINT), CHATA DICKSON, RICHARD MARTIN AND SUSAN LANGER**

A.   PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION

   1.   Dubek Kim; 715 West 172nd Street, Apt #46, New York, NY 10032.

      At all relevant times, Mr. Kim was working as a Senior Level 2 teacher for the New England Center for Children (hereinafter "NECC"), and had regular interaction with the plaintiff John Doe.

   2.   Chata Dickson; 328 Timberline Street, Morgantown, WV 26505

      At all relevant times, Ms. Dickson was working as a Day School Program Specialist for NECC, and she had regular interaction with the plaintiff John Doe.

   3.   Richard Martin; NECC, 33 Turnpike Road, Southborough, MA 01772; (508) 481-1015.

      At all relevant times, Mr. Martin was working as the Director of Outreach Services for NECC.

   4.   Susan Langer; NECC, 33 Turnpike Road, Southborough, MA 01772; (508) 481-1015.

      At all relevant times, Ms. Langer was working as the Director of the Day School for NECC.

5.  <u>Vincent Strully</u>; NECC, 33 Turnpike Road, Southborough, MA 01772; (508) 481-1015.

At all relevant times, Mr. Strully was working as the Executive Director for NECC.

6.  <u>Judith Cunniff-Serio</u>; NECC, 33 Turnpike Road, Southborough, MA 01772; (508) 481-1015.

At all relevant times, Ms. Cunniff-Serio was the Director of Administration for NECC.

7.  <u>Katherine Foster</u>; NECC, 33 Turnpike Road, Southborough, MA 01772; (508) 481-1015.

At all relevant times, Ms. Foster was the Associate Executive Director for NECC.

8.  <u>Kara Pascucci</u>; NECC, 33 Turnpike Road, Southborough, MA 01772; (508) 481-1015.

At all relevant times, Ms. Pascucci was working as a teacher at NECC, and she had regular interaction with the plaintiff John Doe.

9.  <u>Lynsey Pilkerton</u>; whereabouts unknown.

At all relevant times, Ms. Pilkerton was working as a teacher at NECC, and she had regular interaction with the plaintiff John Doe.

10.  <u>Katie Bradley</u>; whereabouts unknown.

At all relevant times, Ms. Bradley was working as a teacher at NECC, and she had regular interaction with the plaintiff John Doe.

11.  <u>Erin Leazes</u>; NECC, 33 Turnpike Road, Southborough, MA 01772; (508) 481-1015.

At all relevant times, Ms. Leazes was working as a NECC Day Team Coordinator.

12.  <u>Shawn Bryant</u>; whereabouts unknown.

At all relevant times, Mr. Bryant was working as a Level 2 teacher for NECC.

13.  <u>Magda Stropnik</u>; NECC, 33 Turnpike Road, Southborough, MA 01772; (508) 481-1015.

At all relevant times, Ms. Stropnik was working as a Lead Program Specialist for the Day Team at NECC.

14.  Laura Deschaines; whereabouts unknown.

At all relevant times, Ms. Deschaines was working as a Level II teacher for NECC.

15.  Myrna Libby, Ph.D.; NECC, 33 Turnpike Road, Southborough, MA 01772; (508) 481-1015.

At all relevant times, Ms. Libby was working as a Program Director for NECC.

16.  Gloria E. Cano; MA Department of Social Services, 24 Farnsworth Street, Boston, MA 02210; (617) 748-2000.

At all relevant times, Ms. Cano was a supervisor/screener for DSS, and was involved in the DSS investigation into the alleged events which form the basis for the above-captioned action.

17.  Scott Scholefield; MA Department of Social Services, 24 Farnsworth Street, Boston, MA 02210; (617) 748-2000.

At all relevant times, Mr. Scholefield was the Director of Special Investigations for DSS, and was involved in the DSS investigation into the alleged events which form the basis for the above-captioned action.

18.  Kaitlin B. Lyons; MA Department of Social Services, 24 Farnsworth Street, Boston, MA 02210; (617) 748-2000.

At all relevant times, Ms. Lyons was involved in the DSS investigation into the alleged events which form the basis for the above-captioned action.

19.  Amy L. Darling; MA Department of Social Services, 24 Farnsworth Street, Boston, MA 02210; (617) 748-2000.

At all relevant times, Ms. Darling was a Special Investigations Unit Investigator for DSS, and was involved in the DSS investigation into the alleged events which form the basis for the above-captioned action.

20.  Laura D. Brody; MA Department of Social Services, 24 Farnsworth Street, Boston, MA 02210; (617) 748-2000.

At all relevant times, Ms. Brody was a Supervisor at DSS, and was involved in the DSS investigation into the alleged events which form the basis for the above-captioned action.

21.  Marilyn Crowley; MA Department of Social Services, North Central Area Office, 215 Hamilton Street, Leominster, MA 01453; (978) 466-1500.

At all relevant times, Ms. Crowley was involved in the DSS investigation into the alleged events which form the basis for the above-captioned action.

22.   Kate O'Connell; MA Department of Social Services, North Central Area Office, 215 Hamilton Street, Leominster, MA 01453; (978) 466-1500.

At all relevant times, Ms. O'Connell was working as the plaintiff's social worker.

23.   Mary Sawicki; Worcester County District Attorney's Office; 2 Main Street, Room 220, Worcester, MA 01608; (508) 792-0214.

At all relevant times, Ms. Sawicki was involved in the District Attorney's investigation into John Doe's allegations.

24.   Tracy Carbone; Worcester County District Attorney's Office; 2 Main Street, Room 220, Worcester, MA 01608; (508) 792-0214.

At all relevant times, Ms. Carbone was involved in the District Attorney's investigation into John Doe's allegations.

25.   Detective Sean James; Southborough Police Department, Main Street, Southborough, MA 01772.

At all relevant times, Det. James was involved in the investigation into John Doe's allegations.

26.   Gary Asher, M.D.; Lunenberg Family Practice, 697 Massachusetts Avenue, Lunenberg, MA 01462.

At all relevant times, Dr. Asher was involved in the physical examination of John Doe following the alleged abuse which is the basis of the above-captioned matter.

27.   Christine Barron, M.D.; University of Massachusetts Medical Center Child Protection Unit, 119 Belmont Street, Worcester, MA 01605; (508) 334-1000.

At all relevant times, Dr. Barron was involved in the physical examination of John Doe in the wake of his allegations which form the basis of the above-captioned action.

28.   Margaret Bauman, M.D.; LADDERS at MGH-Riverside, 460 Hillside Avenue, Needham Heights, MA 02194; (617) 449-6074.

At all relevant times, Dr. Bauman was working as plaintiff John Doe's pediatric neurologist.

29.   Michael L. Wood; Superintendent, Nashoba Regional School District, 50 Mechanic Street, Bolton, MA 01740.

At all relevant times, Mr. Wood was serving as the Superintendent.

30. <u>Polly Gilson</u>; formerly with the Nashoba Regional School District; whereabouts unknown.

At all relevant times, Ms. Gilson was serving as Special Education Secretary of the Nashoba Regional School District.

31. <u>Lois DuCharme</u>; Nashoba Regional School System, 50 Mechanic Street, Bolton, MA 01740; (978) 779-0539.

At all relevant times, Ms. DuCharme was serving as the Director of Special Education for the Nashoba Regional School System.

32. <u>Betsy Holcombe</u>; DOE Private School Specialist, 350 Main Street, Malden, MA 02148.

At all relevant times, Ms. Holcombe was serving in that capacity.

33. <u>Miguel Ortega</u>; OCCS Residential and Placement Licensor, 21 Spring Street, Suite 2, Taunton, MA 02780; (508) 828-5025.

At all relevant times, Mr. Ortega was serving in that capacity.

34. <u>Lucy Foran</u>; formerly with OCCS; whereabouts unknown.

At all relevant times, Ms. Foran was employed by OCCS.

35. <u>Kelly Cormier</u>.

The defendants reserve the right to further supplement the list of persons identified above.

**B.   COPIES OF RELEVANT DOCUMENTS**

Accompanying this Disclosure are copies of non-privileged documents in the possession, custody or control of the defendants that are relevant to the disputed facts alleged in the complaint. These documents include, but are not limited to, the following:

1. Documents related to the investigation of the plaintiff's allegations (Appendix 1);

2. Plaintiff's formal NECC file (Appendix 2);

3. Plaintiff's family's case file kept by NECC's Director of Outreach, Defendant Richard Martin (Appendix 3);

4. Contents of case supervision notebook kept by NECC Program Specialist, Defendant Chata Dickson (Appendix 4);

5. Documents related to NECC's policies and procedures in place at relevant time (Appendix 5); and

6. Miscellaneous documents, including, but not limited to, the relevant insurance policies (Appendix 6).

Documents not produced include the following:

1. Privileged documents, including, but not limited to, certain correspondence and e-mails; and

2. Personnel files of the defendants, which can be inspected by appointment with the undersigned counsel.

The defendants reserve the right to further supplement the documents produced as part of this Disclosure.

**C.    COMPUTATION OF DAMAGES**

Not applicable.

**D.    LIABILITY INSURANCE**

The defendants are providing a copy of the relevant insurance agreement in accordance with Rule 34.

Respectfully submitted,

**CLARK, HUNT AND EMBRY**

_____
Henry W. Clark (554464)
Joshua D. Krell (561619)
55 Cambridge Parkway
Cambridge, MA 01242
(617) 494-1920

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 12/19/06.