UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN DOE, ppa Mother Doe and<br>MOTHER DOE, individually,<br>　　　　　Plaintiffs,<br><br>v.<br><br>DUBECK KIM, CHATA DICKSON,<br>RICHARD MARTIN, SUSAN LANGER,<br>NEW ENGLAND CENTER FOR CHILDREN,<br>NASHOBA REGIONAL SCHOOL DISTRICT<br>and TOWN OF BOLTON,<br>　　　　　Defendants. | CIVIL ACTION NO.<br>05-11163-RWZ |

## PLAINTIFFS' RULE 26 AUTOMATIC DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 26(a)(1) and Local Rules 26.2(A) and 26.1(B), plaintiffs, John Doe, ppa Mother Doe and Mother Doe, individually (collectively referred to as "Plaintiffs") hereby respectfully submit their Automatic Document Disclosure Statement based on the information reasonably available to them at this time:

　　I.　　Pursuant to Local Rule 26.2(A) and Fed.R.Civ.P. 26.2(a)(1)(B), Plaintiffs hereby provide the following description of non-privileged documents known to them at this time that may be relevant to the disputed facts alleged with particularity in the pleadings:

　　　　1.　　Nashoba Regional School District's school records for Minor Plaintiff located at Nashoba Regional School District;

　　　　2.　　New England Center for Children's school records for Minor Plaintiff located at New England Center for Children;

　　　　3.　　Ladders' records for Minor Plaintiff located at Ladders, 65 Walnut Street, Wellesley, MA 02481;

4.  Dr. George F. Geiebel's medical records and bills for Minor Plaintiff located at the offices of Dr. George F. Geibel at 697 Massachusetts Avenue in Lunenburg, MA 01462;

5.  Dr. Margaret L. Bauman's medical records and bills for Minor Plaintiff located at Ladders, 65 Walnut Street, Wellesley, MA 02481; and

6.  Records of the Southborough Police Department concerning Minor Plaintiff located at Southborough's Police Department, 19 Main Street, Southborough, MA 01772.

II.  Pursuant to Local Rule 26.2(A) and Fed.R.Civ.P. 26.2(a)(1)(A), Plaintiffs state that the following individuals known to them at this time are likely to have discoverable information relevant to the disputed facts alleged with particularity in the pleadings:

1. John Doe
   Subject(s) of Information: The injurious conduct of the individual defendants towards Minor Plaintiff from September of 2002 through August of 2003 and the Plaintiffs' resulting emotional distress. As well as the failure of any of the defendants, particularly, the Town of Bolton and the New England Center for Children to address in any way the complaints of Plaintiffs concerning the injurious conduct of the individual defendants.

2. Mother Doe
   Subject(s) of Information: The injurious conduct of the individual defendants towards Minor Plaintiff from September of 2002 through August of 2003 and the Plaintiffs' resulting emotional distress. As well as the failure of any of the defendants, particularly, the Town of Bolton and the New England Center for Children to address in any way the complaints of Plaintiffs concerning the injurious conduct of the individual defendants.

3. Dubeck Kim
   Subject(s) of Information: The injurious conduct of the individual defendants towards Minor Plaintiff from September of 2002 through August of 2003 and the Plaintiffs' resulting emotional distress.

4. Chata Dickson
   Subject(s) of Information: The injurious conduct of the individual defendants towards Minor Plaintiff from September of 2002 through August of 2003 and the Plaintiffs' resulting emotional distress.

5. Richard Martin
   Subject(s) of Information: The injurious conduct of the individual defendants towards Minor Plaintiff from September of 2002 through August of 2003 and the Plaintiffs' resulting emotional distress.

6. Susan Langer
   Subject(s) of Information: The injurious conduct of the individual defendants towards Minor Plaintiff from September of 2002 through August of 2003 and the Plaintiffs' resulting emotional distress.

7. Doria Miyata
   Subject(s) of Information: The defendants' injurious conduct towards the Plaintiffs and the Plaintiffs' resulting emotional distress. As well as the failure of the Town of Bolton and the New England Center for Children to mitigate the Plaintiffs' damages and emotional distress.

8. Gaylord Miyata II
   Subject(s) of Information: The defendants' injurious conduct towards the Plaintiffs and the Plaintiffs' resulting emotional distress. As well as the failure of the Town of Bolton and the New England Center for Children to mitigate the Plaintiffs' damages and emotional distress.

9. Starr Miyata
   Subject(s) of Information: The defendants' injurious conduct towards the Plaintiffs and the Plaintiffs' resulting emotional distress. As well as the failure of the Town of Bolton and the New England Center for Children to mitigate the Plaintiffs' damages and emotional distress.

10. Francis Miyata
    Subject(s) of Information: The defendants' injurious conduct towards the Plaintiffs and the Plaintiffs' resulting emotional distress. As well as the failure of the Town of Bolton and the New England Center for Children to mitigate the Plaintiffs' damages and emotional distress.

11. Tristan Miyata
    Subject(s) of Information: The defendants' injurious conduct towards the Plaintiffs and the Plaintiffs' resulting emotional distress. As well as the failure of the Town of Bolton and the New England Center for Children to mitigate the Plaintiffs' damages and emotional distress.

12. Hope Miyata
    Subject(s) of Information: The Plaintiffs' resulting emotional distress.

13. Joy Miyata
    Subject(s) of Information: The Plaintiffs' resulting emotional distress.

14. Ms. Louis Ducharme
    Nashoba Regional School District
    50 Mechanic Street
    Bolton, MA 01740
    Subject(s) of Information: The defendants' injurious conduct towards the Plaintiffs and the Plaintiffs' resulting emotional distress. As well as the failure of the Town of Bolton and the New England Center for Children to mitigate the Plaintiffs' damages and emotional distress.

15. Ms. Bobbie D. Laird, Ed.S.
    Nashoba Regional School District
    50 Mechanic Street
    Bolton, MA 01740
    Subject(s) of Information: The defendants' injurious conduct towards the Plaintiffs and the Plaintiffs' resulting emotional distress. As well as the failure of the Town of Bolton and the New England Center for Children to mitigate the Plaintiffs' damages and emotional distress.

16. Ms. Colene P. Halligan, M.A., CCC-SLP
    Nashoba Regional School District
    50 Mechanic Street
    Bolton, MA 01740
    Subject(s) of Information: The defendants' injurious conduct towards the Plaintiffs and the Plaintiffs' resulting emotional distress. As well as the failure of the Town of Bolton and the New England Center for Children to mitigate the Plaintiffs' damages and emotional distress.

17. Ms. Karen A. Fitzpatrick, OTR/L
    Nashoba Regional School District
    50 Mechanic Street
    Bolton, MA 01740
    Subject(s) of Information: The defendants' injurious conduct towards the Plaintiffs and the Plaintiffs' resulting emotional distress. As well as the failure of the Town of Bolton and the New England Center for Children to mitigate the Plaintiffs' damages and emotional distress.

18. Margaret L. Bauman, M.D.
    Massachusetts General Hospital
    55 Fruit Street
    Boston, MA 02114
    Subject(s) of Information: The injuries Plaintiffs suffered as a result of the defendants' injurious conduct towards the Plaintiffs and the Plaintiffs' resulting emotional distress. As well as the failure of the Town of Bolton and the New England Center for Children to mitigate the Plaintiffs' damages and emotional distress.

19. George F. Geibel, M.D.
    697 Massachusetts Avenue
    Lunenburg, MA 01462
    Subject(s) of Information: The injuries Plaintiffs suffered as a result of the defendants' injurious conduct towards the Plaintiffs and the Plaintiffs' resulting emotional distress. As well as the failure of the Town of Bolton and the New England Center for Children to mitigate the Plaintiffs' damages and emotional distress.

20. Marjorie A. Linden, Med (Clinician)
    Child and Family Services
    390 Main Street, Suite 939
    Worcester, MA 01608
    Subject(s) of Information: The injuries Plaintiffs suffered as a result of the defendants' injurious conduct towards the Plaintiffs and the Plaintiffs' resulting emotional distress. As well as the failure of the Town of Bolton and the New England Center for Children to mitigate the Plaintiffs' damages and emotional distress.

21. Susan Traiforos (John Doe's babysitter)
    165 East Main Street
    Marlboro, MA 01752
    Subject(s) of Information: The injuries Plaintiffs suffered as a result of the defendants' injurious conduct towards the Plaintiffs and the Plaintiffs' resulting emotional distress. As well as the failure of the Town of Bolton and the New England Center for Children to mitigate the Plaintiffs' damages and emotional distress.

22. Irene Zdunko (John Doe's maternal grandmother)
    Chester Turnpike Road
    Auburn, NH
    <u>Subject(s) of Information</u>: The injuries Plaintiffs suffered as a result of the defendants' injurious conduct towards the Plaintiffs and the Plaintiffs' resulting emotional distress. As well as the failure of the Town of Bolton and the New England Center for Children to mitigate the Plaintiffs' damages and emotional distress.

23. Sally Hardy (John Doe's Sunday School Teacher)
    12 Bennett Lane
    Holland, MA  01521-2901
    <u>Subject(s) of Information</u>: The injuries Plaintiffs suffered as a result of the defendants' injurious conduct towards the Plaintiffs and the Plaintiffs' resulting emotional distress. As well as the failure of the Town of Bolton and the New England Center for Children to mitigate the Plaintiffs' damages and emotional distress.

III.    Pursuant to Local Rule 26.2(A) and Fed.R.Civ.P. 26.2(a)(1)(C), Plaintiffs state that the damages sustained by them are not easily calculable where their civil rights, e.g., were violated.

IV.    Pursuant to Local Rule 26.2(A) and Fed.R.Civ.P. 26.2(a)(1)(D), Plaintiffs state that there are not counterclaims alleged against the Plaintiffs.

Respectfully submitted,
Plaintiffs, JOHN DOE, ppa Mother Doe
And MOTHER DOE, individually,
by their attorneys,

Harold Jacobi, III (B.B.O.# 248980)
Nancy Sue Keller (B.B.O.# 644515)
JACOBI & ASSOCIATES, P.A.
Four Militia Drive, Suite 14
Lexington, MA 02421
781.274.0405

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on or about December 20, 2006.

Dated: December 20, 2006

6