UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE, ppa Mother Doe and<br>MOTHER DOE, individually,<br>          Plaintiffs,<br><br>v.<br><br>DUBECK KIM, CHATA DICKSON,<br>RICHARD MARTIN, SUSAN LANGER and<br>NEW ENGLAND CENTER FOR CHILDREN,<br>          Defendants. | CIVIL ACTION NO.<br>05-121163-RWZ |

### PLAINTIFFS' ASSENTED MOTION TO CONTINUE THE
### JULY 31, 2007 PRE-TRIAL CONFERENCE

**NOW COMES**, the plaintiffs John Doe, ppa Mother Doe and Mother Doe ("Plaintiffs"), individually, respectfully requests that this Honorable Court continue the Pre-Trial Conference currently scheduled for July 31, 2007 to a date on or after September 18, 2007 as grounds therefore the Plaintiffs state that the parties have settled their claims but need additional time to resolve issues surrounding that settlement due to the age of the minor plaintiff John Doe.

The defendants Dubeck Kim, Chata Dickson, Richard Martin, Susan Langer and New England Center for Children assent to this motion.

**WHEREFORE**, the plaintiffs John Doe, ppa Mother Doe and Mother Doe

respectfully pray that this Honorable Court continue the Pre-Trial Conference currently scheduled for July 31, 2007 to a date on or after September 18, 2007.

| | |
|---|---|
| Respectfully submitted,<br>Plaintiffs,<br>JOHN DOE, ppa Mother Doe and<br>MOTHER DOE, individually,<br>By their attorneys,<br><br>*/s/ Nancy Sue Keller*<br>Harold Jacobi, III (BBO #248980)<br>Nancy Sue Keller (BBO #644515)<br>JACOBI & ASSOCIATES<br>Four Militia Drive, Suite 14<br>Lexington, MA 02421<br>Tel: 781.274.0405 | Assented to:<br>Defendants DUBECK KIM, CHATA DICKSON, RICHARD MARTIN, SUSAN LANGER and NEW ENGLAND CENTER FOR CHILDREN<br>By their attorneys,<br><br>*/s/ Josh Krell*<br>Josh Krell (BBO #)<br>Clark, Hunt and Embry<br>55 Cambridge Parkway<br>Cambridge, MA 02142<br><br>Tel: 617.494.1920 |

Dated: July 24, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by email on July 24, 2007.

*/s/ Nancy Sue Keller*